# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**, | ) ) ) ) |
| **FREDERICK WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Case No. __1:18-cv-00977__ |
| **DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**, | ) ) ) ) |
| Defendant. | ) |

## OFFER TO ARBITRATE

Pursuant to the provisions of 28 U.S.C. § 1605A(a)(2)(A)(iii), Plaintiffs named herein offer to submit the above-captioned matter to arbitration in accordance with accepted international rules of arbitration. Defendant the Democratic People's Republic of Korea may accept this offer to arbitrate within sixty (60) days of receipt of this offer by filing with the Clerk of this Court an acceptance in lieu of filing an answer or other responsive pleading to this lawsuit.

Dated: April 26, 2018                    Respectfully submitted,


                                         MCGUIREWOODS LLP

                                         */s/Benjamin L. Hatch*
                                         Benjamin L. Hatch (D.C. Bar # 1044804)
                                         E. Rebecca Gantt (D.C. Bar # 988752)
                                         MCGUIREWOODS LLP
                                         World Trade Center
                                         101 W. Main St.
                                         Suite 9000
                                         Norfolk, VA 23510
                                         Tel: 757 640 3727
                                         Fax: 757 640 3947
                                         bhatch@mcguirewoods.com

                                         Richard Cullen (*pro hac vice* pending)
                                         MCGUIREWOODS LLP
                                         Gateway Plaza
                                         800 East Canal St.
                                         Richmond, VA 23219
                                         Tel: 804 775 1009
                                         Fax: 804 698 2035
                                         rcullen@mcguirewoods.com

                                         *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a translated copy of the foregoing will be mailed to Defendant through its head of the ministry of foreign affairs and included in the package delivered to Defendant with the Complaint in this action.


*/s/ Benjamin L. Hatch*
Benjamin L. Hatch