# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**, <br><br> **FREDERICK WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**, <br><br> Plaintiffs, <br><br> v. <br><br> **DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**, <br><br> Defendant. | Civil Case No.  1:18-cv-00977 |

## MOTION FOR ADMISSION PRO HAC VICE OF RICHARD CULLEN

Pursuant to Local Civil Rule 83.2(d) and the attached declaration, I, Benjamin L. Hatch, a member in good standing of the Bar of this Court, respectfully move for an order admitting *pro hac vice* Richard Cullen as co-counsel to represent Plaintiffs Cynthia Warmbier and Frederick Warmbier in the above-captioned matter.

Dated: April 26, 2018

Respectfully submitted,

MCGUIREWOODS LLP

/s/ *Benjamin L. Hatch*
Benjamin L. Hatch (D.C. Bar # 1044804)
McGuireWoods LLP
101 West Main Street Suite 9000
Norfolk, VA 23510
(757) 640-3727
bhatch@mcguirewoods.com

*Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a translated copy of the foregoing will be mailed to Defendant through its head of the ministry of foreign affairs and included in the package delivered to Defendant with the Complaint in this action.

                                        */s/ Benjamin L. Hatch*
                                        Benjamin L. Hatch

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA WARMBIER, individually and as personal representative of the Estate of Otto Warmbier,**<br><br>**FREDERICK WARMBIER, individually and as personal representative of the Estate of Otto Warmbier,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**,<br><br>Defendant. | Civil Case No.    1:18-cv-00977 |

## DECLARATION OF RICHARD CULLEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Richard Cullen, state as follows:

    1.    I am a Partner of the law firm of McGuireWoods LLP, counsel for Plaintiffs Cynthia Warmbier and Frederick Warmbier in the above-captioned matter.

    2.    My business address, telephone number and e-mail address are:

    Richard Cullen
    McGuireWoods LLP
    800 East Canal Street
    Richmond, VA 23219
    (804) 775-1009
    rcullen@mcguirewoods.com

    3.    I have been admitted to and am a member in good standing of the following bars:

    Virginia (1977)
    U.S. Supreme Court (1996)
    Supreme Court of Virginia (1977)
    U.S. Court of Appeals for the Fourth Circuit (1985)

U.S. Court of Appeals for the Eleventh Circuit (2002)
U.S. District Court for the Eastern District of Virginia (1977)
U.S. District Court for the Western District of Virginia (1990)

4. I hereby certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Richmond, Virginia this 24th day of April, 2018.

Richard Cullen (VA Bar # 16765)
McGuireWoods LLP
Gateway Plaza
800 East Canal St.
Richmond, VA 23219
Tel: 804 775 1009
Fax: 804 698 2035
rcullen@mcguirewoods.com