CO 226
Rev. 2/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Cynthia Warmbier, et al.,

_____
Plaintiff(s)

vs.

Democratic People's Republic of Korea

_____
Defendant(s)

Civil Action No.: 1:18-cv-00977-BAH

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA
Ri Yong Ho, Minister of Foreign Affairs
Head of Ministry of Foreign Affairs
Jungsong-Dong, Central District,
Pyongyang, Democratic People's Republic of Korea

by: (check one)
- ☐ registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): See Attached Addendum , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Benjamin L. Hatch
(Signature)

McGuireWoods LLP
World Trade Center
101 W. Main St.
Suite 9000
Norfolk, VA 23510
(757) 640-3727

(Name and Address)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA WARMBIER**, individually and as personal representative of the Estate of Otto Warmbier, <br><br>**FREDERICK WARMBIER**, individually and as personal representative of the Estate of Otto Warmbier, <br><br>    Plaintiffs, <br><br>v. <br><br>**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**, <br><br>    Defendant. | Civil Case No. 1:18-cv-00977-BAH |

## ADDENDUM TO AFFIDAVIT REQUESTING FOREGIN MAILING

The Overseas Citizens Services Division of the U.S. Department of State has advised Plaintiffs' counsel that the Department of State has no information as to whether the Democratic People's Republic of Korea allows service by mail or courier pursuant to 28 U.S.C. § 1608(a)(3).

Dated: May 15, 2018

Respectfully submitted,

M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP

*/s/ Benjamin L. Hatch*_____
Benjamin L. Hatch (D.C. Bar # 1044804)
bhatch@mcguirewoods.com
E. Rebecca Gantt (D.C. Bar # 988752)
rgantt@mcguirewoods.com

McGuireWoods LLP
World Trade Center
101 W. Main St.
Suite 9000
Norfolk, VA 23510
Tel: 757 640 3727
Fax: 757 640 3947

Richard Cullen (admitted *pro hac vice*)
rcullen@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza
800 East Canal St.
Richmond, VA 23219
Tel: 804 775 1009
Fax: 804 698 2035

*Counsel for Plaintiffs*