CO 939
Rev. 9/2017

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CYNTHIA WARMBIER et al
Plaintiff(s)

vs.

Civil Action No.: 18cv977-BAH

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 18th day of May, 2018, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: /s/ Reginald D. Johnson
Deputy Clerk



18cv977

---

Please fold or cut in half
## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:   45  2452  6263

To (Company)
   Ministry of Foreign Affairs
   Jungsong-Dong,
   Central District
   **SIGNATURE REQUIRED**
   Pyongyang
   Korea, The D.p.r. Of
Attention To:   Foreign Minister Ri Yong Ho
Phone:   342 3152

Sent By:   Clerk's Office

Phone:   (202) 354-3000

Rate Estimate:   $152.57
Protection:   Asset Protection US 0.00
Description:   Court Documents SIGNATURE REQUIRED

Customs Value:   0 USD
Weight (lbs.):   3.0 lb
Dimensions:   11.9 x 14.8 x 1
Ship Ref:   2074492-0001

Special Svc:   Duties and Taxes Unpaid

Bill Shipment To:   SENDER
Bill to Acct:   *****6321

DHL Signature (optional)_____  Route_____  Date_____  Time_____

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.