**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CYNTHIA WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**,<br><br>**FREDERICK WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**,<br><br>     Plaintiffs,<br><br>v.<br><br>**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**,<br><br>     Defendant. | Civil Case No. 1:18-cv-00977-BAH |

## RETURN OF SERVICE

I HEREBY AFFIRM that Defendant, the Democratic People's Republic of Korea ("DPRK"), was served with copies of the Summons, Complaint, Offer to Arbitrate, Notice of Suit, and the Foreign Sovereign Immunities Act, together with a translation of each into Korean, on June 19, 2018, pursuant to 28 U.S.C. § 1608(a)(3).

On May 15, 2018, Plaintiffs filed an Affidavit Requesting Foreign Mailing. (Dkt. Nos. 8, 9). On May 16, 2018, Plaintiffs hand-delivered to the Clerk, and requested the Clerk to mail via DHL Express, a package containing 1) the Complaint and attachments, 2) the Summons, 3) additional documents filed at the time the case was opening, including the Offer to Arbitrate and Pro Hac Vice Motion and accompanying Declaration, 4) the Notice of Suit and Foreign Sovereign Immunities Act, 5) the Affidavit Requesting Foreign Mailing, and 6) the Notice of Electronic Filing ("NEF") confirming the ECF filing of the Affidavit Requesting Foreign Mailing. The package included translations of all of the preceding documents into Korean, the

official language of the DPRK, except the Affidavit Requesting Foreign Mailing and NEF. *See* Ex. A (Clerk Cover Letter).

On May 18, 2018, the Clerk entered a Certificate of Mailing, indicating that the package had been transmitted via DHL Express, Waybill No. 45 2452 6263, in accordance with 28 U.S.C. § 1608(a)(3) to:

> Foreign Minister Ri Yong Ho
> Ministry of Foreign Affairs
> Jungsong-Dong, Central District
> Pyongyang, DPRK

(Dkt. No. 10).

According to the DHL online tracking log and proof of delivery, the package was delivered to the above address on June 19, 2018, at 3:34PM, and was signed for by "Kim." *See* Ex. B.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Dated: June 26, 2018

Respectfully submitted,

Benjamin L. Hatch (D.C. Bar # 1044804)
bhatch@mcguirewoods.com
E. Rebecca Gantt (D.C. Bar # 988752)
rgantt@mcguirewoods.com
McGuireWoods LLP
World Trade Center
101 W. Main St.
Suite 9000
Norfolk, VA 23510
Tel: 757 640 3727
Fax: 757 640 3947

Richard Cullen (admitted *pro hac vice*)

rcullen@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza
800 East Canal St.
Richmond, VA 23219
Tel: 804 775 1009
Fax: 804 698 2035

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a file-stamped copy of the foregoing will be mailed to Defendant through its head of the ministry of foreign affairs via DHL Express at the following address:

Democratic People's Republic of Korea
c/o Foreign Minister Ri Yong Ho
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch

# EXHIBIT A

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Benjamin L. Hatch
Direct: 757.640.3727

McGUIREWOODS

bhatch@mcguirewoods.com
Fax: 757.640.3947

May 16, 2018

Angela D. Caesar
Clerk of the Court
United States District Court for the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, N.W.
Washington, DC 20001

> Re: *Cynthia Warmbier, et al. v. DPRK*, Case No. 1:18-CV-00977 (BAH)

Dear Ms. Caesar,

    As counsel to Plaintiffs Cynthia Warmbier and Fredrick Warmbier ("Plaintiffs") in the above-captioned case, we respectfully request your assistance in serving the Plaintiffs' Complaint, Summons, Notice of Suit, Offer to Arbitrate and all related papers on the Defendant, Democratic People's Republic of Korea ("DPRK"), as provided in the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C.§ 1608(a).

    Plaintiffs will be using DHL Express to mail the service documents to the DPRK. The address for service is:

Democratic Republic of Korea
c/o Foreign Minister Ri Yong Ho
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK

    Pursuant to 28 U.S.C.§ 1608(a)(3) and the Court's *Attorney Manual For Service of Process on a Foreign Defendant*, I have enclosed one DHL package, with a waybill properly addressed, enclosing the following items for service on DPRK: 1) one copy of the Complaint and attachments, including the Civil Cover Sheet and Summons; 2) one copy of the Summons issued by the Court; 3) one copy of the additional documents filed at the time the case was opened, including the Offer to Arbitrate, Pro Hac Vice Motion and accompanying Declaration; 4) one copy of the Notice of Suit (attached to which is a copy of the Foreign Sovereign Immunities Act); 5) one copy of the Affidavit Requesting Foreign Mailing; 6) one copy of the Notice of Electronic Filing confirming the ECF filing of the Affidavit Requesting Foreign Mailing. Each

May 16, 2018
Page 2

copy, except for the Affidavit Requesting Foreign Mailing and NEF, is accompanied by a Korean translation, the official language of the DPRK. Plaintiffs have also enclosed the indemnity letter required by DHL.

     Please contact me should you have any questions or if anything further is required. Thank you for your assistance in this matter.

                                      Sincerely,

                                      Benjamin L. Hatch

BLH/mgm

Enclosures

102496620_1

# EXHIBIT B



20 June 2018

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 4524526263.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 4524526263 was delivered on 19 June 2018 at 15.34**

| | | | |
|---|---|---|---|
| **Signed** | Kim | **Destination Service Area** | PYONGYANG<br>KOREA, THE D.P.R OF<br>(NORTH K.) |
| | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600005595587585 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD<br>REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 18 May 2018 at 12.38 | | |
| | | **Shipper Reference** | 2074492-0001 |

We use cookies on our website. Cookies are used to improve the functionality and use of our internet site, as well as for analytic and adve
cookies, how we use them and how to change your cookie settings find out more here. By continuing to use this site without changing yo
cookies.



English    Site Feedback    Contact Center    Country Profile    DHL Global

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 4524526263**

**Signed for by: Kim**

**Get Proof of Delivery**

**Tuesday, June 19, 2018 at 3:34 PM**
**Origin Service Area:**
  WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
  PYONGYANG - PYONGYANG - KOREA, THE D.P.R OF (NORTH K.)

1 Pieces

| Tuesday, June 19, 2018 | | Location | Time | Pieces |
|---|---|---|---|---|
| 26 | Delivered - Signed for by : Kim | PYONGYANG | 3:34 PM | |
| 25 | With delivery courier | PYONGYANG - KOREA, THE D.P.R OF (NORTH K.) | 11:15 AM | |
| **Monday, June 18, 2018** | | **Location** | **Time** | **Pieces** |
| 24 | Arrived at Delivery Facility in PYONGYANG - KOREA, THE D.P.R OF (NORTH K.) | PYONGYANG - KOREA, THE D.P.R OF (NORTH K.) | 4:30 PM | |
| **Wednesday, June 06, 2018** | | **Location** | **Time** | **Pieces** |
| 23 | Departed Facility in HONG KONG - HONG KONG | HONG KONG - HONG KONG | 1:05 AM | 1 Pieces |
| **Tuesday, June 05, 2018** | | **Location** | **Time** | **Pieces** |
| 22 | Processed at HONG KONG - HONG KONG | HONG KONG - HONG KONG | 8:19 PM | 1 Pieces |
| 21 | Shipment on hold | HONG KONG - HONG KONG | 10:01 AM | 1 Pieces |
| **Monday, June 04, 2018** | | **Location** | **Time** | **Pieces** |
| 20 | Shipment on hold | HONG KONG - HONG KONG | 9:14 AM | 1 Pieces |
| **Sunday, June 03, 2018** | | **Location** | **Time** | **Pieces** |
| 19 | Shipment on hold | HONG KONG - HONG KONG | 8:30 AM | 1 Pieces |
| **Saturday, June 02, 2018** | | **Location** | **Time** | **Pieces** |
| 18 | Arrived at Sort Facility HONG KONG - HONG KONG | HONG KONG - HONG KONG | 9:08 PM | 1 Pieces |
| **Friday, June 01, 2018** | | **Location** | **Time** | **Pieces** |
| 17 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 2:10 PM | 1 Pieces |
| 16 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 12:27 PM | 1 Pieces |
| **Thursday, May 31, 2018** | | **Location** | **Time** | **Pieces** |
| 15 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 12:34 AM | 1 Pieces |
| **Wednesday, May 30, 2018** | | **Location** | **Time** | **Pieces** |
| 14 | Shipment on hold | CINCINNATI HUB, OH - USA | 12:52 AM | 1 Pieces |
| **Tuesday, May 29, 2018** | | **Location** | **Time** | **Pieces** |

We use cookies on our website. Cookies are used to improve the functionality and use of our internet site, as well as for analytic and adve
cookies, how we use them and how to change your cookie settings find out more here. By continuing to use this site without changing yo
cookies.

| 12 | Shipment on hold | CINCINNATI HUB, OH - USA | 8:03 PM | 1 Pieces |
|---|---|---|---|---|
| **Saturday, May 26, 2018** | | **Location** | **Time** | **Pieces** |
| 11 | Shipment on hold | CINCINNATI HUB, OH - USA | 12:29 AM | 1 Pieces |
| **Friday, May 25, 2018** | | **Location** | **Time** | **Pieces** |
| 10 | Shipment on hold | CINCINNATI HUB, OH - USA | 1:40 AM | 1 Pieces |
| **Thursday, May 24, 2018** | | **Location** | **Time** | **Pieces** |
| 9 | Shipment on hold | CINCINNATI HUB, OH - USA | 12:29 AM | 1 Pieces |
| **Wednesday, May 23, 2018** | | **Location** | **Time** | **Pieces** |
| 8 | Shipment on hold | CINCINNATI HUB, OH - USA | 12:22 AM | 1 Pieces |
| **Tuesday, May 22, 2018** | | **Location** | **Time** | **Pieces** |
| 7 | Shipment on hold | CINCINNATI HUB, OH - USA | 12:30 AM | 1 Pieces |
| **Sunday, May 20, 2018** | | **Location** | **Time** | **Pieces** |
| 6 | Shipment on hold | CINCINNATI HUB, OH - USA | 7:03 PM | 1 Pieces |
| **Saturday, May 19, 2018** | | **Location** | **Time** | **Pieces** |
| 5 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:57 AM | 1 Pieces |
| 4 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 3:04 AM | 1 Pieces |
| **Friday, May 18, 2018** | | **Location** | **Time** | **Pieces** |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 10:19 PM | 1 Pieces |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 10:18 PM | 1 Pieces |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 12:38 PM | 1 Pieces |

| Shipment Details... | | |
|---|---|---|
| **From** | **To** | **Shipment Information** |
| US DISTRICT COURT FOR DC<br>Washington , DC 20001<br>United States of America | Pyongyang , Korea, The D.p.r of (north K.) | Ship Date: 05/18/2018<br>Pieces: 1<br>Total Weight: 3.0 lbs    Note on Weight<br>Ship Type: Document<br>Shipment Reference: 2074492-0001<br>Service: EXPRESS WORLDWIDE doc<br>Description: COURT DOCUMENTS SIGNATURE REQU |

If you would prefer to speak to someone personally about the location of your shipment, please   Contact DHL Express Customer Service.

You can also Tweet to our DHL Express Customer Service team for assistance.

Tweet to DHL US Help

Learn how to recognize and protect yourself from fraudulent use of DHL brand.   View our Fraud Prevention Tips

- Terms & Conditions
- Tracking FAQs