# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA WARMBIER**, individually and as personal representative of the Estate of Otto Warmbier, <br><br> **FREDERICK WARMBIER**, individually and as personal representative of the Estate of Otto Warmbier, <br><br> Plaintiffs, <br><br> v. <br><br> **DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**, <br><br> Defendant. | Civil Case No. 1:18-cv-00977 (BAH) |

## DECLARATION IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA

I, Benjamin Hatch, hereby certify under penalty of perjury, this 31st day of August, 2018, that:

1. I am one of the attorneys of record for the Plaintiffs in the above-captioned case.

2. Defendant Democratic People's Republic of Korea ("North Korea") has been served with process pursuant to the provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608(a)(3), as described in more detail below.

3. Plaintiffs have effected service under 28 U.S.C. § 1608(a)(3) by causing the Clerk of Court to mail to the head of ministry of foreign affairs of North Korea via DHL the Summons, Complaint and Notice of Suit, together with a translation of each into Korean, the official language of North Korea.

4. On May 18, 2018, the Clerk of the Court certified mailing under DHL Waybill 4524526263 of the "summons and complaint, together with a translation of each into the official language of the foreign state." [D.E. 10]

5. According to the delivery record provided by DHL, Waybill 4524526263 was delivered on June 19, 2018. "Kim" accepted and signed for the documents. A copy of the DHL delivery record was filed with Plaintiffs' Notice of Proof of Service. [D.E. 12]

6. Accordingly, service was complete as of June 19, 2018 and the Defendant had until August 18, 2018 to Answer. 28 U.S.C. § 1608(c)(2), (d).

7. The authority for obtaining personal jurisdiction over the Defendant served outside the District of Columbia is the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1605(a)(7), 1608(a)(4).

8. I further certify under penalty of perjury that no appearance has been entered by the Defendant in this case; no pleading has been filed and none served upon the attorney for the Plaintiffs; no extension has been given and the time for filing has expired; and that the Defendant is not an infant or an incompetent person.

9. When a defendant fails to "plead or otherwise defend . . . the clerk must enter the [defendant's] default." Fed. R. Civ. P. 55(a).

The Clerk is requested to enter a Default against said the Defendant so that the Plaintiffs may move for default judgment to be entered against the Defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Norfolk, Virginia this 31st day of August, 2018.

                                                                                                    */s/ Benjamin L. Hatch*
                                                                                                     Benjamin Hatch (D.C. Bar # 1044804)
                                                                                                     bhatch@mcguirewoods.com
                                                                                                     E. Rebecca Gantt (D.C. Bar # 988752)

rgantt@mcguirewoods.com
McGuireWoods LLP
World Trade Center
101 W. Main St.
Suite 9000
Norfolk, VA 23510
Tel: 757 640 3727
Fax: 757 640 3947

Richard Cullen (admitted *pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal St.
Richmond, VA 23219
Tel: 804 775 1009
Fax: 804 698 2035
rcullen@mcguirewoods.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a file-stamped copy of the foregoing will be mailed to Defendant through its head of the ministry of foreign affairs via DHL Express at the following address:

Democratic People's Republic of Korea
c/o Foreign Minister Ri Yong Ho
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK

                                        */s/ Benjamin L. Hatch*_____
                                        Benjamin L. Hatch