Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CYNTHIA WARMBIER et al

_____
                    Plaintiff(s)

                                                          Civil Action: 18cv977-BAH
                                                                        _____
        v.


DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA

_____
                    Defendant(s)


            DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA
**RE:**


# DEFAULT

        It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served with summons and copy of the complaint        on        6/19/2018        , and an affidavit

on behalf of the plaintiff having been filed, it is this  7th  day of        September        ,  2018  declared that

defendant(s) is/are in default.



                                            ANGELA D. CAESAR, Clerk


                            By:        /s/ Reginald D. Johnson
                                   _____
                                            Deputy Clerk