**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CYNTHIA WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**, <br><br> **FREDERICK WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**, <br><br>      Plaintiffs, <br><br> v. <br><br> **DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**, <br><br>      Defendant. | Civil Case No. 1:18-cv-00977 (BAH) |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to this Court's Local Civil Rule 5.1(h), Plaintiffs respectfully request leave to file Under Seal the declaration of Dr. Barbara J. Walker ("Dr. Walker") in support of Plaintiffs' Motion for Default Judgment. Dr. Walker is a licensed clinical psychologist whose declaration contains sensitive medical information of Plaintiff Cynthia Warmbier and reflects an ongoing therapist-patient relationship. In weighing a motion to file Under Seal, the Court should weigh six factors: "(1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to disclosure, and the identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings." *EEOC v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996).

1

In the case of personal medical records, these factors justify sealing the relevant documents and outweigh the general presumption of public access to judicial proceedings. *Hardaway v. District of Columbia Housing Authority*, 843 F.3d 973, 980-81 (D.C. 2016). The records reflected in the declaration have not been made public before, and there is no public need for access to a description of Plaintiff Cynthia Warmbier's treatment by her psychologist. *Id.* Plaintiff, who opposes disclosure, possesses a strong privacy interest in keeping these details confidential, particularly in light of her ongoing relationship with Dr. Walker to help her manage the impacts of the death of her son, Otto Warmbier. Defendant North Korea is in default and thus will not object to this motion.

For all of these reasons, Plaintiffs respectfully request that this Court grant this Motion.

Dated: October 10, 2018                                   Respectfully submitted,

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch (D.C. Bar # 1044804)
bhatch@mcguirewoods.com
E. Rebecca Gantt (D.C. Bar # 988752)
rgantt@mcguirewoods.com
MCGUIREWOODS LLP
World Trade Center
101 W. Main St.
Suite 9000
Norfolk, VA 23510
Tel: 757 640 3727
Fax: 757 640 3947

Richard Cullen (admitted *pro hac vice*)
rcullen@mcguirewoods.com
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal St.
Richmond, VA 23219
Tel: 804 775 1009
Fax: 804 698 2035

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA WARMBIER**, individually and as personal representative of the Estate of Otto Warmbier, <br><br> **FREDERICK WARMBIER**, individually and as personal representative of the Estate of Otto Warmbier, <br><br> Plaintiffs, <br><br> v. <br><br> **DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**, <br><br> Defendant. | Civil Case No. 1:18-cv-00977 (BAH) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Under Seal the Declaration of Barbara J. Walker in support of Plaintiffs' Motion for Default Judgment, it is

**HEREBY ORDERED** that the Plaintiff's Motion for Leave is **GRANTED.**

**IT SO ORDERED.**

Dated: _____  _____
Chief Judge Beryl A. Howell
United States District Court