# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CYNTHIA WARMBIER, individually and as personal representative of the Estate of Otto Warmbier,** | ) ) ) ) | |
| **FREDERICK WARMBIER, individually and as personal representative of the Estate of Otto Warmbier**, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Case No. 1:18-cv-00977 (BAH) |
| **DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**, | ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Default Judgment against Defendant Democratic People's Republic of Korea filed on October 10, 2018, it is hereby ordered that the motion is **GRANTED**. The Estate of Otto Warmbier, through Plaintiffs Cynthia Warmbier and Frederick Warmbier, is awarded compensatory damages in the amount of $_____ and punitive damages in the amount of $_____. Plaintiffs Cynthia Warmbier and Frederick Warmbier are each awarded solatium damages in the amount of $_____ and punitive damages in the amount of $_____.

**IT IS SO ORDERED,**

Date: _____

_____
Chief Judge Beryl A. Howell
United States District Court

1