IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WARMBIER, individually and as personal representative of the Estate of Otto Warmbier,<br><br>FREDERICK WARMBIER, individually and as personal representative of the Estate of Otto Warmbier,<br><br>    Plaintiffs,<br><br>v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,<br><br>    Defendant. | Civil Case No. 1:18-cv-00977 (BAH) |

## RESPONSE TO ORDER REGARDING EVIDENTIARY HEARING

In response to the Court's Minute Order of October 15, 2018, Plaintiffs Cynthia and Frederick Warmbier submit the following:

1. Plaintiffs' three proposed dates for an evidentiary hearing are:

    a. Tuesday, December 18, 2018

    b. Wednesday, December 19, 2018

    c. Thursday, December 20, 2018

2. Plaintiffs anticipate the hearing lasting one (1) day.

3. Plaintiffs anticipate calling the following witnesses at the evidentiary hearing:

    a. Cynthia Warmbier, who would testify as to both liability and damages, including but not limited to providing further information on the topics covered in her declaration;

1

      b.      Frederick Warmbier, who would testify as to both liability and damages, including but not limited to providing further information on the topics covered in his declaration;

      c.      Austin Warmbier, who would testify primarily as to damages including the impact of his brother's death on his family;

      d.      G.W., who would testify primarily as to damages including the impact of her brother's death on her family;[1]

      e.      Expert Sung-Yoon Lee, who would testify as to liability of North Korea, as outlined in his declaration, including but not limited to his expert opinion as to whether North Korea engaged in hostage-taking, torture, or extrajudicial killing of Otto Warmbier; and

      f.      Expert David Hawk, who would testify as to liability of North Korea, as outlined in his declaration, including but not limited to his expert opinion as to whether North Korea engaged in hostage-taking, torture, or extrajudicial killing of Otto Warmbier.

Plaintiffs intend to present the above witnesses in addition to the evidence contained in the declarations already submitted to the Court in support of Plaintiffs' Motion for Default Judgment, which Plaintiffs respectfully submit are sufficient to support the entry of default judgment and requested damages. Dkt. No. 16.

      Should the Court proceed with an evidentiary hearing, Plaintiffs respectfully suggest a status conference in advance of the hearing date in order to ensure the orderly and efficient presentation of evidence to the Court.

---

[1] G.W. will no longer be a minor at the time of the proposed hearing dates.

Dated: October 31, 2018                               Respectfully submitted,


                                                      */s/ Benjamin L. Hatch*
                                                      Benjamin L. Hatch (D.C. Bar # 1044804)
                                                      bhatch@mcguirewoods.com
                                                      E. Rebecca Gantt (D.C. Bar # 988752)
                                                      rgantt@mcguirewoods.com
                                                      MCGUIREWOODS LLP
                                                      World Trade Center
                                                      101 W. Main St.
                                                      Suite 9000
                                                      Norfolk, VA 23510
                                                      Tel: 757 640 3727
                                                      Fax: 757 640 3947

                                                      Richard Cullen (admitted *pro hac vice*)
                                                      rcullen@mcguirewoods.com
                                                      MCGUIREWOODS LLP
                                                      Gateway Plaza
                                                      800 East Canal St.
                                                      Richmond, VA 23219
                                                      Tel: 804 775 1009
                                                      Fax: 804 698 2035

                                                      *Counsel for Plaintiffs*