| | | | |
|---|---|---|---|
| Government | ☐ | WARMBIER | |
| Plaintiff | ✓ | VS. | Civil/Criminal No. 1:18-cv-00977 (BAH) |
| Defendant | ☐ | DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA | **FILED** DEC 19 2018 |
| Joint | ☐ | | Clerk, U.S. District and Bankruptcy Courts |
| Court | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photograph of Warmbier family | 12/19/2018 | 12/19/2018 | FRED WARMBIER | N/A |
| 2 | Photograph of Otto Warmbier (portrait) | | | | |
| 3 | Video of Otto Warmbier's salutatorian speech at high school graduation | | | | |
| 4 | Video of Otto Warmbier's "confession" (D.E. 16-1, Ex. C) | | | | |
| 5 | Photograph of Austin, Fred, and Otto Warmbier | | | | |
| 6 | Photograph of Otto Warmbier (seated) | | | FRED WARMBIER | |
| 7 | Photograph of Otto Warmbier at UC Health Medical Center | | | FRED WARMBIER | |
| 8 | Photograph of scar on Otto Warmbier's left foot | | | FRED WARMBIER | |
| 9 | Photograph of Cynthia and Otto Warmbier (photobooth) | | | CYNTHIA WARMBIER | |
| 10 | Photograph of Cynthia and Otto Warmbier (car) | ✓ | ✓ | CYNTHIA WARMBIER | ✓ |

| Government | ☐ | WARMBIER | | | |
|---|---|---|---|---|---|
| Plaintiff | ✓ | | VS. | | Civil/Criminal No. 1:18-cv-00977 (BAH) |
| Defendant | ☐ | DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Photograph of Otto Warmbier at Cincinnati Municipal Airport - Lunken Field | 12/19/18 | 12/19/18 | CYNTHIA WARMBIER | N/A |
| 12 | Curriculum vitae of David Hawk (D.E. 16-9, Ex. D) | ↓ | ↓ | DAVID HAWK | ↓ |
| 13 | Expert Declaration of David Hawk (D.E. 16-9) | ↓ | ↓ | | ↓ |
| 14 | Curriculum vitae of Professor Sung-Yoon Lee (D.E. 16-8, Ex. A) | ↓ | ↓ | | ↓ |
| 15 | Expert Declaration of Professor Sung-Yoon Lee (D.E. 16-8) | ↓ | ↓ | | ↓ |