UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WARMBIER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, <br><br> Defendant. | Civil Action No. 18-977 (BAH) <br><br> Chief Judge Beryl A. Howell |

**ORDER**

Upon consideration of the plaintiffs' Motion for Default Judgment and, If Necessary, Motion for Evidentiary Hearing, ECF No. 16, the related legal memorandum in support thereof, the exhibits and declarations attached thereto, the evidentiary hearing conducted on December 19, 2018, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, the Court finds that the plaintiffs have established their "claim[s] or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), and it is hereby

**ORDERED** that the plaintiffs' Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that the defendant Democratic People's Republic of Korea ("North Korea") shall be liable for damages in the amount of $501,134,683.80, which shall be allocated in the following manner:

- The estate of Otto Warmbier is entitled to the sum of $21,134,683.80 in compensatory damages and $150,000,000.00 in punitive damages; and

- Otto Warmbier's parents Frederick Warmbier and Cynthia Warmbier are each entitled to the sum of $15,000,000 in compensatory damages and $150,000,000 in punitive damages; and it is further

**ORDERED** that the plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to the defendant North Korea; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: December 24, 2018

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
Chief Judge