CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Cynthia Warmbier, et al.,

_____
Plaintiff(s)

vs.                                                                             Civil Action No.: 1:18-cv-00977 (BAH)

Democratic People's Republic of Korea

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA
Ri Yong Ho, Minister of Foreign Affairs
Head of Ministry of Foreign Affairs
Jungsong-Dong, Central District,
Pyongyang, Democratic People's Republic of Korea

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): See ECF No. 8-1 , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Benjamin L. Hatch
(Signature)

McGuireWoods LLP
World Trade Center
101 W. Main St.
Suite 9000
Norfolk, VA 23510
(757) 640-3727

(Name and Address)