McGuireWoods LLP
World Trade Center
101 West Main Street
Norfolk, VA 23510-1655
Phone: 757.640.3700
Fax: 757.640.3701
www.mcguirewoods.com

Benjamin L. Hatch
Direct: 757.640.3727

**McGUIREWOODS**

bhatch@mcguirewoods.com
Fax: 757.640.3947

January 8, 2019

Angela D. Caesar
Clerk of the Court
United States District Court for the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, N.W.
Washington, DC 20001

      **Re:**    *Cynthia Warmbier, et al. v. DPRK*, **Case No. 1:18-CV-00977 (BAH)**

Dear Ms. Caesar,

      As counsel to Plaintiffs Cynthia Warmbier and Fredrick Warmbier ("Plaintiffs") in the above-captioned case, we respectfully request your assistance in serving the Default Judgment on the Defendant, Democratic People's Republic of Korea ("DPRK"), as provided in the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C.§ 1608(e).

      Plaintiffs will be using DHL Express to mail the service documents to the DPRK. The address for service is:

Democratic People's Republic of Korea
c/o Foreign Minister Ri Yong Ho
Ministry of Foreign Affairs
Jungsong-Dong, Central District
Pyongyang, DPRK

      Pursuant to 28 U.S.C.§ 1608(a)(3) and the Court's *Attorney Manual For Service of Process on a Foreign Defendant*, I have enclosed one DHL package, with a waybill properly addressed, enclosing the following items for service on DPRK: 1) one copy of the December 24, 2018 Order granting plaintiffs' Motion for Default Judgment [ECF No. 24], accompanied by a translation into Korean, the official language of the DPRK; 2) one copy of the Memorandum Opinion issued by the Court [ECF No. 25], accompanied by a translation into Korean, the official language of the DPRK; 3) one copy of the Affidavit Requesting Foreign Mailing; and 4) one copy of the Notice of Electronic Filing confirming the ECF filing of the Affidavit Requesting Foreign Mailing. Plaintiffs have also enclosed the indemnity letter required by DHL.

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington

January 8, 2019
Page 2

    Please contact me should you have any questions or if anything further is required. Thank you for your assistance in this matter.

                Sincerely,

                Benjamin L. Hatch

Enclosures

102496620_1