CO 939
Rev. 9/2017

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CYNTHIA WARMBIER et al
———————————————
Plaintiff(s)

vs.

Civil Action No.: 18cv977-BAH

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA
———————————————
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 16th day of January, 20 19, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the default judgment, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: /s/ Reginald D. Johnson
———————————————
Deputy Clerk




18cv977-BAH

---

Please fold or cut in half

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:   19  7225  6204

To (Company)
  Ministry of Foreign Affairs
  Jungsong-Dong,
  Central District
  ****Signature Required
  Pyongyang
  Korea, The D.p.r. Of
  Attention To:    Foreign Minister Ri Yong Ho
  Phone:           342 3152

Sent By:         Clerk's Office

Phone:           (202) 354-3000

Rate Estimate:   $162.80
Protection:      Asset Protection US 0.00
Description:     Court Documents

Customs Value:   0 USD
Weight (lbs.):   3.0 lb
Dimensions:      11.9 x 14.8 x 1
Ship Ref:        2074492-0001

Special Svc:     Duties and Taxes Unpaid

Bill Shipment To:  SENDER
Bill to Acct:      *****6321

DHL Signature (optional)_____ Route_____ Date_____ Time_____

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.