AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia    ▾

| | | |
|---|---|---|
| Cynthia Warmbier, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-977 (BAH) |
| Democratic People's Republic of Korea | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Cynthia Warmbier and Frederick Warmbier                                                              .

Date:     04/23/2020

/s/Justin M. Sher
*Attorney's signature*

Justin M. Sher, NY0320
*Printed name and bar number*

Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
*Address*

jsher@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*